UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KRISTINE YOUELL, ET AL., ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:10CV1180 TIA |
| ) | |
| CORRECTIONAL MEDICAL SERVICES, ) | |
| ET AL., ) | |
| ) | |
| Defendant(s). ) | |

## MEMORANDUM AND ORDER

On November 9, 2010, this Court granted Plaintiffs' Motion for Pre-conference Discovery and ordered Defendants to respond to interrogatories by November 24, 2010. As of the date of this Memorandum and Order, Plaintiffs have not filed anything in this case to indicate that service has been obtained on the following defendants: Marilyn Warren, Jane Doe, John Clemons, John Fleming, John Johnson, John Harry, and John Cruz.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall show cause within fourteen (14) days why said defendants should not be dismissed for failure to serve the remaining defendants under Fed. R. Civ. P. 4(m).

Dated this 8th day of December, 2010.

/s/ Terry I. Adelman

UNITED STATES MAGISTRATE JUDGE