IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| KRISTINE YOUELL, AS NEXT FRIEND TO E.B., AND ISAAC BENNETT, SR., <br><br> Plaintiffs, <br><br> vs. <br><br> CORIZON, INC., f/k/a CORRECTIONAL MEDICAL SERVICES, INC., et al., <br><br> Defendants. | Case No. 4:10-CV-1180 TIA |

## ORDER APPROVING WRONGFUL DEATH SETTLEMENT

Cause being called and all interested parties notified of the Court's review of the proposed settlement in this matter filed pursuant to 42 U.S.C. §1983 and Missouri's wrongful death statute. Plaintiffs Kristine Youell, as next friend to E.B., and Isaac Bennett, Sr. appear in person and by counsel, Eric Wolfgram. Defendants appear by counsel. After reviewing Plaintiffs' Motion for Approval of Wrongful Death Settlement and testimony of Plaintiffs received, this Court hereby finds the following:

1. Plaintiffs are the father and son of Isaac Bennett, Jr., deceased.

2. This cause of action was filed on July 2, 2010 by Plaintiffs in this Court with regard to the death of Isaac Bennett, Jr. Plaintiffs asserted claim for the alleged wrongful death of Isaac Bennett, Jr. against Defendants. Defendants deny any and all liability or wrongdoing.

3. Plaintiffs and Defendants have reached a settlement of Plaintiffs' claims, as more fully set forth in Plaintiff's Motion for Approval of Wrongful Death Settlement which has been filed under seal with this Court.

4. The Court finds that other than Plaintiffs, there are no other individuals entitled to make a claim under §537.080.1 (1), RSMo.

5. The proposed settlement is fair, reasonable, and in the best interests of the parties, including the best interest of the minor plaintiff.

6. Plaintiffs have offered no evidence of decedent's medical expenses. No portion of the settlement is for payment of medical expenses incurred by the decedent.

7. The subject settlement is approved.

8. Upon receipt of the settlement proceeds, Plaintiffs shall promptly file Dismissals with Prejudice of all claims against all Defendants, with each party to bear its own costs.

SO ORDERED

_____     _____
JUDGE                                                                 DATED